101 F.3d 689
 William Baldwin
v.
Isac George, a Custodian, Librarian, Law Library Librarian
For Bayside State Prison, New Jersey Department of
Corrections, Fred Siler, Jr., as Supervisor of Education
Department and Services, Law Library, Library Services of
Bayside State Prison, for New Jersey Department of
Corrections, Warren D. Crawford, as Legal Coordinator,
Attorney for New Jersey Department of Corrections, as
Licensed New Jersey Attorneym New Jersey Department of
 NO. 96-5210
 United States Court of Appeals,
Third Circuit.
 Oct 22, 1996
 
 Appeal From: D.N.J., No. 93-00174,
 Simandle, J.
 
 
 1
 AFFIRMED.